**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|     Plaintiff,     ) | |
| v.     ) | Case No.  12-cv-7017 |
|     ) | |
| SAMUEL M MANRIQUE a/k/a SAMUEL     ) | |
| MANRIQUE a/k/a SAM MANRIQUE,     ) | Designated Magistrate Judge |
|     ) | |
|     Defendant.     ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

United States of America

| |
|---|
| NAME (Type or print) <br> Kimberly J. Goodell |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/*Kimberly J. Goodell* |
| FIRM: Potestivo & Associates, P.C. |
| STREET ADDRESS: 223 W. Jackson Blvd., Suite 610 |
| CITY/STATE/ZIP: Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS): 6305436 | TELEPHONE  NUMBER: 312-263-0003 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br>  RETAINED COUNSEL               APPOINTED COUNSEL |